UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TERRY GRAHAM,

    Petitioner,

v.                                                  Case No. 6:05-cv-1708-Orl-19DAB
                                                        (6:93-cr-121-Orl-19DAB)

UNITED STATES OF AMERICA,

    Respondent.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Petitioner initiated this action for habeas corpus relief pursuant to 28 U.S.C. section 2255 (Doc. No. 1); however, Petitioner previously filed a section 2255 motion in Case No. 6:98-cv-1139-Orl-19, which was dismissed by the Court on December 10, 1998. Thus, the present motion is a second or successive application for relief. Before Petitioner will be permitted to file a second or successive section 2255 motion in this Court, Petitioner must move in the Eleventh Circuit Court of Appeals for an order authorizing the district court to consider the motion. *See* 28 U.S.C. § § 2244, 2255. For this reason, this case will be dismissed without prejudice to allow Petitioner the opportunity to seek authorization from the Eleventh Circuit Court of Appeals.

Petitioner should be aware that section 2255 limits the circumstances under which the Court of Appeals will authorize the filing of a second or successive motion.

Furthermore, section 2255 imposes a time limitation on the filing of a motion. Petitioner, in seeking relief in the Court of Appeals, should be cognizant of both of these provisions.

Accordingly, it is now **ORDERED AND ADJUDGED**:

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court is directed to close this case and to send to Petitioner the applicable form for filing a second or successive section 2255 motion.

3. The Clerk of the Court is directed to terminate the motion to vacate, set aside, or correct an illegal sentence pursuant to 28 U.S.C. § 2255 (Criminal Case Doc. No. 285, filed November 16, 2005) pending in case number 6:93-cr-121-Orl-19DAB.

**DONE AND ORDERED** at Orlando, Florida, this __11th__ day of December, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 12/11
Counsel of Record
Terry Graham